```
UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF NORTH CAROLINA
              ASHEVILLE DIVISION
                1:07CV246-MU
```

| | |
|---|---|
| **THOMAS EDWARD SCOTT,** )<br>　　**Petitioner,** )<br>　　　　　　　　　　　　　　　　) | |
| 　　　v.　　　　　　　　　　　) | **O R D E R** |
| 　　　　　　　　　　　　　　　　)<br>**STATE OF NORTH CAROLINA** )<br>　　**Respondent,** )<br>_____) | |

**THIS MATTER** is before the Court on the Petitioner's "Motion for Leave to Proceed in Forma Pauperis," filed July 5, 2007.

The record shows that on July 5, 2007, Petitioner filed a Petition for a Writ of <u>Habeas Corpus</u> under 28 U.S.C. §2254. Respondent was directed by this Court to answer on July 23, 2007.

In his IFP Application, Petitioner states that he has inmate wages of $30.00 per month and receives $150.00 per month from his family. Petitioner further states that he has $224.00 in cash in a checking or savings account. Petitioner's certified Trust Account statement shows a balance of $191.77. Consequently, the Court finds that Petitioner has sufficient resources from which to pay the required $5.00 filing fee; therefore, his IFP Motion will be <u>denied</u>.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the Petitioner's Motion to Proceed in Forma Pauperis

is **DENIED;** and

2. That within twenty (20) days of the date of this filing, the Petitioner shall pay the $5.00 filing fee. **FAILURE TO PAY THE SUBJECT FILING FEE COULD SUBJECT THE INSTANT PETITION TO SUMMARY DISMISSAL.**

**SO ORDERED.**

Signed: July 25, 2007

Graham C. Mullen
United States District Judge