# United States District Court
# For The Western District of North Carolina
# Asheville Division

THOMAS EDWARD SCOTT,

       Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:07cv246

THEODIS BECK, former Secretary of
the North Carolina Department of
Corrections,
       Respondent..

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/30/2010 Order.

Signed: November 30, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court